JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORA MCCLELLAND,<br><br>          Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 to 25, Inclusive,<br><br>          Defendants. | CASE NO. 2:24-cv-01574-DSF (MAR)<br><br>*[Assigned to Hon. Dale S. Fischer, District Judge, and Hon. Margo A. Rocconi, Magistrate Judge]*<br><br>**ORDER ON STIPULATION TO CAP AND LIMIT PLAINTIFF'S DAMAGES AND RECOVERY TO $74,999.99 AND TO REMAND ACTION BACK TO THE LOS ANGELES COUNTY SUPERIOR**<br><br>State Action filed:  12/08/2023 |

**THIS COURT**, having reviewed the stipulation of the parties and having found good cause, hereby **ORDERS** as follows:

1. The amount in controversy and plaintiff NORA MCCLELLAND'S ("Plaintiff") damages resulting from the incident alleged in her Complaint in this action are hereby capped at and limited to a maximum of $74,999.99;

-1-

2. If Plaintiff's recovery or award of damages in this case should exceed $74,999.99, either by verdict or other means, she has waived the right to recover such damages as a result of this litigation or by any other means; and

3. This matter is remanded back to the Superior Court of California, County of Los Angeles (Case No. 23VECV05455), since the amount in controversy no longer exceeds the sum or value of $75,000.

**IT IS SO ORDERED.**

Dated: March 20, 2024

By: *Dale S. Fischer*
Hon. Dale S. Fischer
U.S. District Judge